AE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case

Colin P Markey et al
v
Hydrogen Power, Inc

KC FILED
NOV 26 2007
nov 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Hydrogen Power, Inc

07CV6631
JUDGE NORGLE
MAGISTRATE JUDGE BROWN

SIGNATURE: [signature]

FIRM: David E Schaper Esq

STREET ADDRESS: 11 Oxford Drive

CITY/STATE/ZIP: Lincolnshire IL 60069

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS): 6183505

TELEPHONE NUMBER: 847-948-9048

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☒   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☒   NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐