# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 07 C 6631 |
|---|---|

COLIN P. MARKEY; KATHY MOORE; PAUL A. MOORE; THEODORE H. SWINDELLS; and SHERIE SWIONTEK
v.
HYDROGEN POWER, INC. f/k/a EQUITEX, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

All Plaintiffs

| |
|---|
| NAME (Type or print) <br> F. Thomas Hecht |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ F. Thomas Hecht |
| FIRM <br> Ungaretti & Harris LLP |
| STREET ADDRESS <br> 3500 Three First National Plaza |
| CITY/STATE/ZIP <br> Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 1168606 | TELEPHONE NUMBER <br> (312) 977-4400 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐