# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                  Case Number: 07 C 6631

COLIN P. MARKEY; KATHY MOORE; PAUL A. MOORE;
THEODORE H. SWINDELLS; and SHERIE SWIONTEK
v.
HYDROGEN POWER, INC. f/k/a EQUITEX, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

All Plaintiffs

| | |
|---|---|
| **NAME** (Type or print) <br> James M. Carlson | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ James M. Carlson | |
| **FIRM** <br> Ungaretti & Harris LLP | |
| **STREET ADDRESS** <br> 3500 Three First National Plaza | |
| **CITY/STATE/ZIP** <br> Chicago, IL 60602 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6269506 | **TELEPHONE NUMBER** <br> (312) 977-4400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |