UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Colin P. Markey, et al.
                              Plaintiff,
v.                                              Case No.: 1:07−cv−06631
                                                Honorable Charles R. Norgle Sr.
Hydrogen Power, Inc.
                              Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 25, 2008:

    MINUTE entry before Judge Charles R. Norgle Sr.:Status hearing is set for 2/8/2008 at 9:30 a.m. Counsel shall comply with Rule 26 on or before 2/1/2008. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.